The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HOWARD PAULL,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON; JOSEPH LEHMAN, in his personal capacity; JAMES THATCHER, in his personal capacity; ELDON VAIL, in his personal capacity; ALICE PAYNE, in her personal capacity; and DOES 1-20 in their personal capacity,<br><br>               Defendants. | NO.   C04-5402RJB<br><br>ORDER EXTENDING CASE SCHEDULE DEADLINE<br><br>NOTED FOR:<br><br>JUNE 16, 2005 |

THIS MATTER coming before this court on the joint motion of the parties, for an extension of the deadline to file dispositive motions;

IT IS HEREBY ORDERED that the motion is granted. The deadline for filing dispositive motions is July 8, 2005.

DATED this 20th day of June, 2005.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

1  LAW OFFICE OF MICHAEL C. KAHRS

2

3  s/ *MICHAEL KAHRS*
   _____
4  MICHAEL C. KAHRS, WSBA # 27085
   Attorney for Plaintiff
5

6  ROB MCKENNA
   Attorney General
7

8

9  *s/ ERIC A. MENTZER*
   _____
   ERIC A. MENTZER WSB#21243
   Assistant Attorney General
10 Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXTENDING CASE                        2              **ERROR! AUTOTEXT ENTRY NOT DEFINED.**
SCHEDULE DEADLINES
 -- NO.   C04-5402RJB