The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HOWARD PAULL,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; JOSEPH LEHMAN, in his personal capacity; JAMES THATCHER, in his personal capacity; ELDON VAIL, in his personal capacity; ALICE PAYNE, in her personal capacity; and DOES 1-20 in their personal capacity,<br><br>                Defendants. | NO. C04-5402RJB<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS' STATE OF WASHINGTON, JOSEPH LEHMAN, JAMES THATCHER, ELDON VAIL, ALICE PAYNE AND DOES 1-20 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Howard Paull, acting by and through his attorney of record, Michael C. Kahrs, and defendants State of Washington, Joseph Lehman, James Thatcher, Eldon Vail, Alice Payne and Does 1-20 acting by and through Rob McKenna, Attorney General, and Eric A. Mentzer, Assistant Attorney General, that the above-entitled action as to defendants State of Washington, Joseph Lehman,

STIPULATION AND ORDER
OF DISMISSAL
-- NO. C04-5402RJB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

James Thatcher, Eldon Vail, Alice Payne and Does 1-20 may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the parties.

DATED this 13th day of July, 2005.

ROB MCKENNA
Attorney General

*s/ ERIC A. MENTZER*

ERIC A. MENTZER WSB#21243
Assistant Attorney General
Attorneys for Defendants

LAW OFFICE OF MICHAEL C. KAHRS

s/ *MICHAEL KAHRS*

MICHAEL C. KAHRS, WSBA # 27085
Attorney for Plaintiff

### ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That defendants State of Washington, Joseph Lehman, James Thatcher, Eldon Vail, Alice Payne and Does 1-20 shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 20th day of July, 2005.

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER
OF DISMISSAL
-- NO. C04-5402RJB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

Presented by:

ROB MCKENNA
Attorney General

*s/ ERIC A. MENTZER*
_____
ERIC A. MENTZER WSB#21243
Assistant Attorney General
Attorneys for Defendant State of Washington

Stipulated and Agreed, Approved as to Form, and Notice of Presentation Waived:

LAW OFFICE OF MICHAEL C. KAHRS

s/ *MICHAEL KAHRS*
_____
MICHAEL C. KAHRS, WSBA # 27085
Attorneys for Plaintiff

STIPULATION AND ORDER
OF DISMISSAL
-- NO.   C04-5402RJB

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600